UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-3376** |
| **CENTRAL LAFOURCHE HIGH SCHOOL ET AL** | **SECTION: "H"** |

### ORDER

On January 27, 2021, Defendants filed a Motion to Dismiss under 12(b)(1) and 12(b)(6) (R. Doc. 14). On February 16, 2021, Plaintiff filed its First Amended Complaint (R. Doc. 16). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1]  Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (R. Doc. 14) is hereby **DENIED AS MOOT WITHOUT PREJUDICE.**

New Orleans, Louisiana this 4th day of March, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).